UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-20859-CR-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**GERARDO HERMIDA,**

    **Defendant.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Alicia M. Otazo-Reyes on December 2, 2015 [D.E. 7]. A Report and Recommendation [D.E. 15], December 16, 2015 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Alicia M. Otazo-Reyes, is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Count 1 of the Information.

DONE AND ORDERED in chambers in Miami, Florida this 4th day of January, 2016.

                                                  PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

cc: All counsel of record